# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Michael Willis Wilson            Docket No. 3:92-CR-12-2H

### Petition for Action on Supervised Release

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Willis Wilson, who, upon an earlier plea of guilty to Breaking and Entering With Intent to Commit Larceny, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 14-54(a); and Possession of a Firearm by Convicted Felon and Aiding and Abetting, in violation of 18 U.S.C. §§ 922(g)(1) and 2, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on February 18, 1993, to the custody of the Bureau of Prisons for a term of 192 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall provide the probation office with access to any requested financial information.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall participate in a vocational training program as directed by the probation office.

4. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

5. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation office.

6. The defendant shall pay restitution in the sum of $1,976.16 to Thomas Grady Keller and $5,968.34 to USAA Insurance Company and $137.00 to 23rd Civil Engineer Squadron to be paid during incarceration and the remaining balance to be paid during the first 5 years after being released from custody.

Michael Willis Wilson was released from custody on January 26, 2007, at which time the term of supervised release commenced.

Michael Willis Wilson
Docket No. 3:92-CR-12-2H
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant reported to the probation office on June 2, 2011, and advised that he has been struggling with depression and has requested mental health counseling.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Debbie W. Starling<br>Debbie W. Starling<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: June 7, 2011 |

**ORDER OF COURT**

Considered and ordered this 8th day of June, 2011, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge